IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LEAVERT McKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv898-MHT |
| | ) | (WO) |
| LT. GARDNER, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in state prison, filed this lawsuit asserting that the defendant correctional officer violated his right to be free from cruel and unusual punishment by macing him in the face and throwing him to the ground when he posed no threat. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order to file a prison account statement in support of his application to proceed without prepayment of fees. There are no objections to the

recommendation.    After  an  independent  and  de  novo review  of  the  record,  the  court  concludes  that  the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of May, 2026.

　　　　　　　　　　　　　／s/ Myron H. Thompson　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2