IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

LEAVERT McKINNEY,           )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )         2:25cv898-MHT
                            )              (WO)
LT. GARDNER,                )
                            )
    Defendant.              )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order and failure to prosecute.

(3) The application to proceed without prepayment of fees (Doc. 2) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of May, 2026.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE

2